## BERNALE BRYANT *v.* COMMISSIONER OF CORRECTION

The petitioner Bernale Bryant's petition for certification for appeal from the Appellate Court, 99 Conn. App. 434 (AC 26513), is granted, limited to the following issue:

"Did the Appellate Court properly reverse the habeas court's decision to grant the petitioner's writ of habeas corpus?"

The Supreme Court docket number is SC 17896.

*Peter Tsimbidaros*, special public defender, in support of the petition.

*Michael E. O'Hare*, supervisory assistant state's attorney, in opposition.

Decided April 26, 2007

## SAM CORCORAN *v.* GERMAN SOCIAL SOCIETY FROHSINN, INC.

The defendant's petition for certification for appeal from the Appellate Court, 99 Conn. App. 839 (AC 26720), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Richard D. Haviland*, in support of the petition.

*Renee C. Redman*, in opposition.

Decided April 26, 2007